[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-13220
Non-Argument Calendar

_____

D.C. Docket No. 4:12-cr-00207-BAE-GRS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TISHARD ROMELL BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(March 27, 2014)

Before PRYOR, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

Robert Nye, appointed counsel for Tishard Brown in this direct criminal

appeal, has moved to withdraw from further representation of Brown, arguing that

there are no non-frivolous grounds on which Brown could appeal either his

conviction or his sentence.   Nye filed a brief identifying arguable issues for appeal

pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).   Brown did not respond to Nye's motion to withdraw or the <u>Anders</u> brief.

After a careful, independent review of the record, we conclude that there are no non-frivolous grounds on which Brown could base an appeal.   For this reason, counsel's motion to withdraw is **GRANTED**, and Brown's conviction and sentence are **AFFIRMED**.